# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | PSE&G Co. | 12/9/2022 | Wire | $ 34,542.02 |
| Akorn Operating Company, LLC | PSE&G Co. | 12/23/2022 | Wire | $ 36,450.71 |
| Akorn Operating Company, LLC | PSE&G Co. | 1/13/2023 | Wire | $ 33,650.36 |
| Akorn Operating Company, LLC | PSE&G Co. | 1/27/2023 | Wire | $ 19,805.18 |
| Akorn Operating Company, LLC | PSE&G Co. | 2/8/2023 | Wire | $ 34,906.33 |
|  |  |  |  | $ 159,354.60 |