# EXHIBIT B

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | PSEG Long Island, LLC | 11/29/2022 | 266316 | Check | $ 5,221.59 |
| Akorn Operating Company, LLC | PSEG Long Island, LLC | 12/9/2022 | 266449 | Check | $ 40,948.62 |
| Akorn Operating Company, LLC | PSEG Long Island, LLC | 12/16/2022 | 266590 | Check | $ 2,545.92 |
| Akorn Operating Company, LLC | PSEG Long Island, LLC | 1/5/2023 | 266816 | Check | $ 1,470.59 |
| Akorn Operating Company, LLC | PSEG Long Island, LLC | 1/10/2023 | 266881 | Check | $ 31,208.50 |
| Akorn Operating Company, LLC | PSEG Long Island, LLC | 1/23/2023 | 267019 | Check | $ 793.60 |
| Akorn Operating Company, LLC | PSEG Long Island, LLC | 1/30/2023 | 267072 | Check | $ 4,401.03 |
| Akorn Operating Company, LLC | PSEG Long Island, LLC | 2/1/2023 | 267202 | Check | $ 28,563.83 |
| Akorn Operating Company, LLC | PSEG Long Island, LLC | 2/7/2023 | 267133 | Check | $ 8,585.52 |
| Akorn Operating Company, LLC | PSEG Long Island, LLC | 2/8/2023 | 267299 | Check | $ 7,294.04 |
| | | | | | $ 131,033.24 |